FILED

UNITED STATES DISTRICT COURT 2017 MAY 18 PM 12:51

MIDDLE DISTRICT OF FLORIDA, TAMPA

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

CASE NO. 8:17-CV-1181-T-17TBM

8:94-CR-00293-EAK-TBM-1

V

CONGHAU HUU TO, MOVANT

MOTION TO VACATE, SET ASIDE,
OR CORRECT SENTENCE, 28 U.S.C § 2255

COMES NOW, MOVANT, CONGHAU HUU TO, PROCEEDING PRO-SE, RESPECTFULLY ASKS THIS HONORABLE COURT TO GRANT HIS SECOND OR SUCCESSIVE 2255, TO VACATE, SET ASIDE THE JUDGEMENT AND SENTENCE AS TO COUNT 7 (SEVEN) OF THE INDICTMENT, AND TO RESENTENCE MOVANT ACCORDING TO LAW AND IN THE INTEREST OF JUSTICE.

W.V.

1

VERIFICATION

MOVANT IS ACTUALLY INNOCENT AND MERITED TO HAVE HIS CONVICTION AND SENTENCE BE VACATED AS TO COUNT SEVEN (7) OF THE INDICTMENT, 18 U.S.C. 924 (c). THIS CONVICTION AND SENTENCE WAS DERIVED FROM THE COMPANION COUNT FOUR (4), ATTEMPTED HOBBS ACT ROBBERY, OF THE INDICTMENT, 18 U.S.C. 1951 (c).

IN JUNE, 2015, THE U.S. SUPREME COURT HAS STRUCK DOWN THE RESIDUAL CLAUSE OF THE ARMED CAREER CRIMINAL ACT (ACCA), 18 U.S.C. 924 (e), AS CONSTITUTIONALLY VAGUE, JOHNSON V. U.S., 576 U.S. ___, 135 S. Ct. 2551, 192 L. Ed. 2d. 569 (2015).

ON JULY 28, 2016, THE ELEVENTH CIRCUIT COURT OF APPEAL HAS GRANTED MOVANT PERMISSION TO FILE A SECOND OR SUCCUSSIVE 28 U.S.C. 2255 SEEKING RELIEF AS TO COUNT SEVEN (7) OF THE INDICTMENT BASED ON THE COURT'S RULING THAT ATTEMPTED HOBBS ACT ROBBERY, 18 U.S.C. 1951 (c), IS NOT A CRIME OF VIOLENCE UNDER 18 U.S.C. 924 (c). THEREFORE, MOVANT IS ENTITLED RELIEF AS TO COUNT SEVEN (7), 18 U.S.C. 924 (c), OF THE INDICTMENT DUE TO THE COMPANION COUNT FOUR (4) OF THE INDICTMENT. PLEASE SEE ORDER CASE NO. 16-14655-V.

## BACKGROUND OF CASE

ON MARCH 1, 1996, MOVANT WAS FOUND GUILTY AFTER A JURY TRIAL OF;

COUNT 1) ENGAGING IN A PATTERN OF RACKETEERING ACTIVITY, 18 U.S.C. 1962(c)

COUNT 2) CONSPIRACY TO ENGAGE IN A PATTERN OF RACKETEERING, 18 USC 1962(d)

COUNT 3) CONSPIRACY TO INTEFERE WITH COMMERCE BY ROBBERY, 18 U.S.C. 1951(a)

COUNT 4) ATTEMPTED HOBBS ACT ROBBERY, 18 U.S.C. 1951(c)

COUNT 5) INTERFERING WITH COMMERCE BY HOBBS ACT ROBBERY, 18 U.S.C 1951(a)

COUNT 6) INTERFERING WITH COMMERCE BY HOBBS ACT ROBBERY, 18 U.S.C. 1951(a)

COUNT 7, 8, & 9) USING A FIREARM DURING, IN RELATION TO A CRIME OF VIOLENCE, 18 U.S.C. 924(c)

ON JULY 16, 1996, JUDGE THOMAS WISEMAN, JR. SENTENCED MOVANT TO LIFE PLUS FORTY-FIVE (45) CONSECUTIVE YEARS IN PRISON.

ON JUNE 28, 1998, THE ELEVENTH CIRCUIT COURT OF APPEAL AFFIRMED ALL NINE (9) COUNTS OF MOVANT'S CONVICTIONS

ON JULY 28, 2016, THE ELEVENTH CIRCUIT COURT OF APPEAL HAS GRANTED (IN PART) MOVANT PERMISSION TO FILE A SECOND OR SUCCESSIVE 28 U.S.C. 2255. SEE ORDER CASE: 16-14655-T

## MEMORANDUM OF POINTS AND AUTHORITIES

ON JUNE, 2015 THE U.S. SUPREME COURT HAS STRUCK DOWN THE RESIDUAL CLAUSE OF THE ARMED CAREER CRIMINAL ACT (ACCA), 18 U.S.C. 924(e) AS CONSTITUTIONALLY VAGUE, JOHNSON V. U.S., 576 U.S. ___, 135 S. Ct. 2551, 192 L. Ed. 2d 569 (2015). AND ON APRIL 18, 2016 HAS MADE JOHNSON TO BE RETROACTIVE FOR COLLATERAL REVIEW UNDER WELCH V. U.S., 136 S. Ct. 1257, 194 L. Ed. 2d 387.

MOVANT HAS TIMELY FILED FOR AN APPLICATION SEEKING PERMISSION WITH THE ELEVENTH CIRCUIT COURT OF APPEAL TO FILE A SECOND OR SUCCESSIVE 28 U.S.C. 2255 PURSUANT TO 28 U.S.C. 2255(h) and 2244(b)(3)(A)

ON JULY 28, 2016, THE ELEVENTH CIRCUIT COURT OF APPEAL HAS GRANTED (IN PART) MOVANT PERMISSION TO FILE A SECOND OR SUCCESSIVE 28 U.S.C. 2255 MOTION SEEKING RELIEF AS TO COUNT SEVEN (7), 18 U.S.C. 924(c) OF THE INDICTMENT. SEE ORDER CASE NO. 16-14655-J.

FILED

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY
A PERSON IN FEDERAL CUSTODY**

MAY 18 PM 12:51

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| **United States District Court** | Distri ct |  MIDDLE DISTRICT OF FLORIDA, TAMPA |
| Name (under which you were convicted): CONGHAU H. TO | Docket or Case No.: X:94-CR-00293-EAK-TBM-1 |
| Place of Confinement: U.S.P. LEWISBURG | Prisoner No.: 18722-018 |

| | |
|---|---|
| UNITED STATES OF AMERICA | Movant (include name under which convicted) |

v.

CONGHAU HUU TO

**MOTION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    MIDDLE DISTRICT OF FLORIDA, TAMPA
    (b) Criminal docket or case number (if you know): 8:94-CR-00293-EAK-TBM-1

2.  (a) Date of the judgment of conviction (if you know): 3/1/1996
    (b) Date of sentencing: 7/16/1996

3.  Length of sentence: LIFE AND FORTY-FIVE (45) YEARS

4.  Nature of crime (all counts): (1) 18 U.S.C. 1962(c), (2) 18 U.S.C. 1962(d), (3) 18 U.S.C. 1951(a), (4) 18 U.S.C. 1951(c), (5) 18 U.S.C. 1951(a), (6) 18 U.S.C. 1951(a), (7) 18 U.S.C. 924(c), (8) 18 U.S.C. 924(c), (9) 18 U.S.C. 924(c).

410cr                                                      1

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

18722018

_____
_____
_____

5.  (a) What was your plea? (Check one)

(✓) Not guilty          (2) Guilty          (3) Nolo contendere (no contest)
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
indictment, what did you plead guilty to and what did you plead not guilty to? _____

_____
_____
_____

6.  If you went to trial, what kind of trial did you have? (Check one)   Jury    Judge only

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes    No

8.  Did you appeal from the judgment of conviction?   Yes    No

9.  If you did appeal, answer the following:
    (a) Name of court: _ELEVENTH CIRCUIT COURT OF APPEAL_
    (b) Docket or case number (if you know): _96-3045 / 144 F.3d. 737 (1998)_
    (c) Result: _AFFIRMED CONVICTIONS AND SENTENCES_
    (d) Date of result (if you know): _6/28/1998_
    (e) Citation to the case (if you know): _144 F.3d. 737 (1998)_
    (f) Grounds raised: _VARIANCE IN CONSPIRACIES_
    _INSUFFICIENCY OF EVIDENCE_
    _DENIAL OF SEVERANCE_
    _ERROR IN ADMISSION OF TESTIMONY_
    _ERROR IN SENTENCING OF 2A/.1_
    _____

    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes   No

410cr                                      2

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

If "Yes," answer the following:

(1) Docket or case number (if you know): _____N/A_____

(2) Result: _____N/A_____

_____N/A_____

(3) Date of result (if you know): _____N/A_____

(4) Citation to the case (if you know): _____N/A_____

(5) Grounds raised: _____N/A_____

_____N/A_____

_____N/A_____

_____N/A_____

_____N/A_____

_____N/A_____

_____N/A_____

410cr                                    3

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



10.    Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes  No

11.    If your answer to Question 10 was "Yes," give the following information:
       (a)(1) Name of court: DISTRICT COURT, MIDDLE OF FLORIDA, TAMPA

(2) Docket or case number (if you know): 99-1458-CIV-T-17E

(3) Date of filing (if you know): 6/25/99

(4) Nature of the proceeding: MOTION TO VACATE 28 U.S.C. 2255

(5) Grounds raised: PERJURED TESTIMONY OF CODEFENDANT

INEFFECTIVE ASSISTANCE OF COUNSEL

_____

_____

_____

_____

410cr                                    4

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes  No

(7) Result: ___DENIAL_____

(8) Date of result (if you know): ___10/16 /2000___
(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _ELEVENTH CIRCUIT COURT OF APPEAL_

(2) Docket or case number (if you know): _16 - 14655 - J___

(3) Date of filing (if you know): _6/13/2016_____

(4) Nature of the proceeding: _APPLICATION TO FILE SECOND, SUCCESSIVE 2255_

(5) Grounds raised: _JOHNSON'S A.C.C.A._

_____

_____

_____

410cr                                   5

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes   No ✓

(7) Result: *GRANTED IN PART, DENIED IN PART*

(8) Date of result (if you know): 7/28/2016
 (c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First      Y ✓   No
petition:      e
               s
(2) Second     Y     No ✓
petition:      e
               s

 (d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
  *CURRENT*
  _____
  _____

410cr                              6

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: _18 U.S.C. 924 (c) IS NOT CRIME OF VIOLENCE, COUNT_

_SEVEN_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_INITIAL CHARGE OF ATTEMPTED ROBBERY IS NOT CRIME OF_

_VIOLENCE PER SUPREME COURT'S DECISION IN JOHNSON,_

_COUNT FOUR_

410cr                              7

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

_____

_____

**(b) Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes  No

(2) If you did not raise this issue in your direct appeal, explain why: _____ N/A _____

_____

_____

**(c) Post-Conviction Proceedings:**

N/A

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes  No

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

410cr                                      8

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



Name and location of the court where the motion or petition was filed: _____ N/A _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes  No

(4) Did you appeal from the denial of your motion, petition, or application?

Yes  No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes  No

(6) If your answer to Question (c)(4) is "Yes," state:

410cr                                             9

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Name and location of the court where the appeal was filed: _____ N/A _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____ CURRENT _____

_____

_____

_____

GROUND TWO: _____ N/A _____

410cr                                                10

---

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____     N/A     _____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes  No

410cr                                        11

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(2) If you did not raise this issue in your direct appeal, explain why: _____ *N/A* _____

_____

_____

(c) **Post-Conviction Proceedings:**

*N/A*

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes  No

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ *N/A* _____

Name and location of the court where the motion or petition was filed: _____ *N/A* _____

_____

Docket or case number (if you know): _____ *N/A* _____

Date of the court's decision: _____ *N/A* _____

Result (attach a copy of the court's opinion or order, if available): _____ *N/A* _____

410cr                                      12

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes No

(4) Did you appeal from the denial of your motion, petition, or application?

Yes No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

410cr                                                13

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____ CURRENT _____

_____

_____

_____

**GROUND THREE:** _____ N/A _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____ N/A _____

_____

_____

410cr                                    14

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Three:**

N/A

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes  No ✓

(2) If you did not raise this issue in your direct appeal, explain why: ___CURRENT___

_____

_____

**(c) Post-Conviction Proceedings:**

N/A

410cr                                    15

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes  No ✓

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____ N/A _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes  No ✓

(4) Did you appeal from the denial of your motion, petition, or application?

410cr                                  16

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Yes  No ✓

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes  No ✓

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ *N/A* _____

_____

Docket or case number (if you know): _____ *N/A* _____

Date of the court's decision: _____ *N/A* _____

Result (attach a copy of the court's opinion or order, if available): _____ *N/A* _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____ *CURRENT* _____

410cr                                              17

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

_____

_____

_____

**GROUND FOUR:** _____ N/A _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____ N/A _____

_____

_____

_____

_____

_____

_____

410cr                                    18

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

_____

_____

**(b) Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes  No ✓

(2) If you did not raise this issue in your direct appeal, explain why: ___CURRENT___

_____

_____

**(c) Post-Conviction Proceedings:**

N/A

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes  No ✓

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ___N/A___

410cr                                              19

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Name and location of the court where the motion or petition was filed: _____ N/A _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes  No

(4) Did you appeal from the denial of your motion, petition, or application?

Yes  No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes  No

(6) If your answer to Question (c)(4) is "Yes," state:

410cr                                            20

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Name and location of the court where the appeal was filed: _____ N/A _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____ CURRENT _____

_____

_____

_____

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If
        so, which ground or grounds have not been presented, and state your reasons for not presenting

410cr                                                        21

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the
restrictions and terms and conditions of the Matthew Bender Master Agreement.

them: _____

_____
_____
_____
_____
_____

14. Do you have any motion, petition, or appeal now/pending (filed and not decided yet) in any court for the judgment you are challenging? Yes  No
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____
_____
_____
_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: _DANIEL CASTILLO_

    (b) At arraignment and plea: _____SAME_____

    (c) At trial: _____SAME_____

    (d) At sentencing: _____SAME_____

    (e) On appeal: _____SAME_____

    (f) In any post-conviction proceeding: _____N/A_____

    (g) On appeal from any ruling against you in a post-conviction proceeding:
    _____N/A_____
    _____
    _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes  No

410cr                                    22

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes No
      (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

      (b) Give the date the other sentence was imposed: _____
      (c) Give the length of the other sentence: _____
      (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes No

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion. *

      SECOND, SUCCESSIVE 2255. PERMISSION GRANTED BY THE

      ELEVENTH CIRCUIT OF APPEAL COURT

Therefore, movant asks that the Court grant the following relief: VACATE JUDGEMENT AND SENTENCE

410cr                                23

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

OF COUNT SEVEN, AND RESENTENCE.

_____

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on _____5/11/2017_____(month, date, year).

Executed (signed) on_____5/10/2017____ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

_____

_____

**Footnotes**

410cr                                    24

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.