Attachment A

```
COABY             *        PUBLIC INFORMATION      *      02-29-2024
PAGE 001          *            INMATE DATA         *      11:15:35
                           AS OF 02-29-2024


REGNO..: 18722-018 NAME: TO, CONGHAU HUU

                        RESP OF: COP
                        PHONE..: 352-689-6000    FAX: 352-689-6012
                                                 RACE/SEX...: ASIAN/PAC.ISL. / MALE
                                                 AGE:  54
PROJ REL MT: LIFE                                PAR ELIG DT: N/A
PROJ REL DT: LIFE                                PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
COABY            *       PUBLIC INFORMATION       *      02-29-2024
PAGE 002         *          INMATE DATA           *      11:15:35
                         AS OF 02-29-2024


REGNO..: 18722-018 NAME: TO, CONGHAU HUU


                    RESP OF: COP
                    PHONE..: 352-689-6000    FAX: 352-689-6012
FSA ELIGIBILITY STATUS IS: INELIGIBLE


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.


THE INMATE IS PROJECTED FOR RELEASE: LIFE


---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------


COURT OF JURISDICTION...........: FLORIDA, MIDDLE DISTRICT
DOCKET NUMBER...................: 94-293-CR-T-17E
JUDGE..........................: WISEMAN
DATE SENTENCED/PROBATION IMPOSED: 07-16-1996
DATE COMMITTED..................: 09-18-1996
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $450.00         $00.00          $00.00       $00.00


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $8,727.42


-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  545    18:1962 RACKETEER (RICO)
OFF/CHG: 18USC1962(C) ENGAGING IN RACK. ACTIVITY; 18USC1962(D) CONSP.
         TO ENGAGE IN RACK. ACTIVITY; 18USC1951(A) CONSP. TO INTERFERE
         W/COMMERCE BY ROBBERY; 18USC1951(A) INTERFERING WITH COMMERCE
         BY ROBBERY; 18USC924(C) USE OF FIREARM IN RE. TO CRIME OF VIOL


 SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: LIFE
 DATE OF OFFENSE................: 04-23-1994


G0002        MORE PAGES TO FOLLOW . . .
```

REGNO..: 18722-018 NAME: TO, CONGHAU HUU

RESP OF: COP
PHONE..: 352-689-6000 FAX: 352-689-6012

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-18-2013 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-18-2010 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 07-16-1996
TOTAL TERM IN EFFECT............: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
EARLIEST DATE OF OFFENSE........: 04-23-1994

| JAIL CREDIT.....................: | FROM DATE | THRU DATE |
|---|---|---|
| | 07-19-1994 | 07-19-1994 |
| | 07-29-1994 | 08-19-1994 |
| | 12-22-1994 | 07-15-1996 |

TOTAL PRIOR CREDIT TIME.........: 595
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: N/A
ELDERLY OFFENDER TWO THIRDS DATE: N/A
EXPIRATION FULL TERM DATE.......: LIFE

PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE

S0055 NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE