Attachment B

```
COABY                 *         INMATE DISCIPLINE DATA          *    02-29-2024
PAGE 001              *    CHRONOLOGICAL DISCIPLINARY RECORD    *    11:16:38

REGISTER NO: 18722-018 NAME..: TO, CONGHAU HUU
FUNCTION...: PRT       FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 02-29-2024
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3843783 - SANCTIONED INCIDENT DATE/TIME: 09-05-2023 1740
DHO HEARING DATE/TIME: 10-31-2023 0900             DHO REPT DEL: 11-07-2023 0700
FACL/CHAIRPERSON.....: ████████████
APPEAL CASE NUMBER(S): 1183642
REPORT REMARKS.......: I/M ADMITS TO CHARGE.
   100  KILLING - FREQ: 1 ATI: IC5
        DS         / 60 DAYS / CS
                FROM: 10-31-2023  THRU: 12-29-2023
          COMP:    LAW:    PLACEMENT IN DISCIPLINARY SEGREGATION FOR 60 DAYS.
        LP COMM    / 2 YEARS / CS
                FROM: 10-31-2023  THRU: 10-30-2025
          COMP:    LAW:    LOSS OF COMMISSARY FOR 2 YEARS.
        LP EMAIL   / 2 YEARS / CS
                FROM: 10-31-2023  THRU: 10-30-2025
          COMP:    LAW:    LOSS OF E-MAIL FOR 2 YEARS.
        LP VISIT   / 2 YEARS / CS
                FROM: 10-31-2023  THRU: 10-30-2025
          COMP:    LAW:    LOSS OF VISITING FOR 2 YEARS
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3436728 - SANCTIONED INCIDENT DATE/TIME: 09-26-2020 1215
DHO HEARING DATE/TIME: 10-13-2020 0820             DHO REPT DEL: 10-20-2020 1000
FACL/CHAIRPERSON.....: ████████████
REPORT REMARKS.......: I/M DENIES CHARGE.
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS         / 20 DAYS / CS
                FROM: 10-13-2020  THRU: 11-01-2020
          COMP:    LAW:    PLACEMENT IN DISCIPLINARY SEGREGATION FOR 20 DAYS.
        LP COMM    / 180 DAYS / CS
                FROM: 10-19-2020  THRU: 04-16-2021
          COMP:    LAW:    LOSS OF COMMISSARY FOR 180 DAYS.
        LP VISIT   / 180 DAYS / CS
                FROM: 10-13-2020  THRU: 04-10-2021
          COMP:    LAW:    LOSS OF VISITING FOR 180 DAYS.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3422711 - SANCTIONED INCIDENT DATE/TIME: 08-07-2020 1019
DHO HEARING DATE/TIME: 08-20-2020 0920             DHO REPT DEL: 08-28-2020 1500
FACL/CHAIRPERSON.....: ████████████
REPORT REMARKS.......: I/M ADMITS TO USING ANOTHER I/M'S PHONE ACCOUNT.
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        LP COMM    / 60 DAYS / CS
                FROM: 08-20-2020  THRU: 10-18-2020
          COMP:    LAW:    LOSS OF COMMISSARY FOR 60 DAYS.




G0002        MORE PAGES TO FOLLOW . . .
```

```
COABY              *       INMATE DISCIPLINE DATA            *     02-29-2024
PAGE 002           *     CHRONOLOGICAL DISCIPLINARY RECORD    *       11:16:38

REGISTER NO: 18722-018 NAME..: TO, CONGHAU HUU
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-29-2024

DHO HEARING DATE/TIME: 08-20-2020 0920 REPORT 3422711 CONTINUED
         LP PHONE    / 60 DAYS / CS
                   FROM: 08-20-2020  THRU: 10-18-2020
         COMP:     LAW:    LOSS OF TELEPHONE FOR 60 DAYS.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2873160 - SANCTIONED INCIDENT DATE/TIME: 07-15-2016 0922
DHO HEARING DATE/TIME: 09-07-2016 1520         DHO REPT DEL: 10-12-2016 1000
FACL/CHAIRPERSON.....:
APPEAL CASE NUMBER(S): 880694
REPORT REMARKS.......: I/M STABBED ANOTHER INMATE IN UPPER LEFT CHEST AREA WITH
                       A 5" SHARPENED TO A POINT HOMEMADE WEAPON. ADMITS.
    101   ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: IC4 RFP: D
          DS          / 30 DAYS / CS
          COMP:     LAW:
          LP COMM     / 365 DAYS / CS
          COMP:     LAW:
          LP VISIT    / 180 DAYS / CS
          COMP:     LAW:
    104   POSSESSING A DANGEROUS WEAPON - FREQ: 1
          DS          / 1 DAYS / CS
          COMP:     LAW:
          LP EMAIL    / 180 DAYS / CS
          COMP:     LAW:
          LP PHONE    / 180 DAYS / CS / SUSPENDED 90 DAYS
          COMP:     LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2752896 - SANCTIONED INCIDENT DATE/TIME: 08-23-2015 1812
DHO HEARING DATE/TIME: 08-27-2015 1200         DHO REPT DEL: 09-11-2015 1530
FACL/CHAIRPERSON.....:
REPORT REMARKS.......: DENIES BURNING MATERIAL TO COOK SAUSAGE IN CELL F-203
    317   FAILING TO FOLLOW SAFETY REGS - FREQ: 1
          LP COMM     / 60 DAYS / CS
          COMP:     LAW:
          LP PHONE    / 60 DAYS / CS / SUSPENDED 180 DAYS
          COMP:     LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2485379 - SANCTIONED INCIDENT DATE/TIME: 08-27-2013 2030
DHO HEARING DATE/TIME: 09-05-2013 0705
FACL/CHAIRPERSON.....:
REPORT REMARKS.......: DISCOVERY OF PLEXIGLASS WPN DURING VISUAL SEARCH. STATED
                       "I PLEAD NO CONTEST"
    104   POSSESSING A DANGEROUS WEAPON - FREQ: 1
          DIS GCT     / 40 DAYS / CS
          COMP:010 LAW:S   TO DEMONSTRATE SERIOUSNESS OF ACT(SRA LIFE TERM)



G0002         MORE PAGES TO FOLLOW . . .
```

```
   COABY          *      INMATE DISCIPLINE DATA        *    02-29-2024
PAGE 003          *    CHRONOLOGICAL DISCIPLINARY RECORD  *   11:16:38

REGISTER NO: 18722-018 NAME..: TO, CONGHAU HUU
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-29-2024

DHO HEARING DATE/TIME: 09-05-2013 0705 REPORT 2485379 CONTINUED
         DS          / 60 DAYS / CS
         COMP:     LAW:    2 MONTHS PER 5270.09 EXPIRES 11/5/2013
         IMPOUND     / 2 MONTHS / CS
         COMP:     LAW:    EXCLUDING RELIGIOUS AND LEGAL MATERIAL
         LP COMM     / 3 YEARS / CS
         COMP:     LAW:    EXPIRES 9/5/2016
         LP EMAIL    / 3 YEARS / CS
         COMP:     LAW:    EXPIRES 9/5/2016
         LP PHONE    / 3 YEARS / CS / SUSPENDED 180 DAYS
         COMP:     LAW:    TO DETER FURTHER BEHAVIOR
         LP VISIT    / 3 YEARS / CS
         COMP:     LAW:    EXPIRES 9/5/2016
         MON FINE    / 75.00 DOLLARS / CS
         COMP:     LAW:    75% OR LESS OF AVAIL BALANCE




G0002       MORE PAGES TO FOLLOW . . .
```